501 A.2d 247

**Mary P. SMITH, individually and as Administratrix of the Estate of Frank Smith, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Walter Baran, in his official capacity as Secretary of General Services; the Department of General Services, et al.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 1985.

Decided Dec. 10, 1985.

John D. Blumenthal, Doylestown, for appellant.

James J. Kutz, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.